# United States District Court
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>**GALEN HAKIM MERICAL**<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses committed on or after November 1, 1987)<br>Criminal Number: **2:02CR00537-01**<br><br>AFD Timothy Zindel<br>Defendant's Attorney |

## THE DEFENDANT:

[✔]   admitted guilt to violation of charge(s) 1, 2 & 3 as alleged in the violation petition filed on 2/15/05 (2nd Superseding Petition) .

[ ]   was found in violation of condition(s) of supervision as to charge(s) __ after denial of guilt, as alleged in the violation petition filed on __.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Failure to Notify the Probation Officer of a Change in Residence | 04/2004 |
| 2 | Failure to Participate in a program of drug testing | 4/21/04, 4/27/04, 4/28/04, 4/29/04 & 4/30/04 |
| 3 | Use of a Controlled Substance | 1/28/05 |

The court: [ ] revokes: [X] modifies: [X] continues under same conditions of supervision heretofore ordered on 9/2?/0? with the following additional special condition:   Defendant shall attend, participate and successfully complete the U.S. Probation Office's Intermediate Sanction Program as directed by the Probation Officer.

The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

MAY 2 6 2005

FILED

[ ]   Charge(s) ___ is/are dismissed.

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

May 20, 2005
Date of Imposition of Sentence

_____
Signature of Judicial Officer

**EDWARD J. GARCIA**, United States District Judge
Name & Title of Judicial Officer

5/25/05
Date